| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> Law Offices of Seymour Wasserstrum <br> 205 W. Landis Ave <br> Vineland, NJ 08360 <br> 856-696-8300 <br> 856-696-3586 <br> Attorney for Debtor(s) <br> Kborger@seymourlaw.net |

| In Re: <br><br> Margarita Pagan | Case No.: 16-13401 <br> Judge: ABA <br> Chapter: 13 |
|---|---|

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION FOR RELIEF

The debtor in the above captioned chapter 13 proceeding hereby objects to the following

1. Motion for Relief from Stay
   By     The Bank of New York Mellon    , creditor

2. I am objecting to the above for the following reasons:

I would like the opportunity to cure the arrears.

I would like to propose curing the arrears by including them into the chapter 13 plan.

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 7/18/2017                                          /s/ Margarita Pagan
                                                                    Debtor's Signature