# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−13401−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margarita Pagan
   aka Margarita Pagan Medina
   108 South Franklin St.
   Landisville, NJ 08326

Social Security No.:
   xxx−xx−1129

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 24, 2016.

On 2/12/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:             March 14, 2018
Time:             09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 13, 2018
JAN: kaj

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 16-13401-ABA
Margarita Pagan                                                 Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Feb 13, 2018
                               Form ID: 185                Total Noticed: 27
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
```
db             +Margarita Pagan,    108 South Franklin St.,    Landisville, NJ 08326-1340
cr             +Mariner Finance, LLC,    3600 East Landis Ave., Unit 19,    Vineland, NJ 08361-3090
516019109      +A 1 Collection Service,    80 West Upper Ferry Rd, Ste 1,    c/o gastroenterology group of sj,
                 West Trenton, NJ 08628-2736
516019110       Apex Asset Management,    1286 Carmichael Way,    c/o advanced anethesia,
                 Montgomery, AL 36106-3645
516019111       Apex Asset Management,    1286 Carmichael Way,    c/o frankel orthosports med,
                 Montgomery, AL 36106-3645
516019112       Apex Asset Mangement,    1286 Carmichael Way,    c/o center for diagnostic imaging,
                 Montgomery, AL 36106-3645
516019113      +Arthritis And Rheumatology Associates,    2848 South Delsea Dr, Ste 2C,
                 Vineland, NJ 08360-7042
516229661       BERLIN EMERGENCY DEPARTMENT,    Revenue Recovery Corporation,    PO Box 50250,
                 Knoxville, TN 37950-0250
516019115       Borough Of Buena,    P.O. Box 696,    Municiple Utilities Authority,    Minotola, NJ 08341-0696
516019118      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
516019117      +Enhanced Recovery Corp,    PO Box 57547,    c/o sprint,    Jacksonville, FL 32241-7547
516019119      +First Premier,    3820 N. Lousie Ave,    Sioux Falls, SD 57107-0145
516019121       Iqbal & Khan Surgical Assoc PA,    10 Magnolia Ave,    Bridgeton, NJ 08302-1760
516019122    ++++MARINER FINANCE-VINELAND,    3600 E LANDIS AVE STE 19,    VINELAND NJ 08361-3090
                 (address filed with court: Mariner Finance-Vineland,     3650 E Landis Ave,    Vineland, NJ 08361)
516068028      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
516285895      +Michael R. Mazzoni PA,    1170 East Landis Avenue,    Vineland NJ 08360-4216
516019123       Revenue Recovery Corp,    7005 Middlebrook Pike,    c/o berlin emergency dept.,
                 Knoxville, TN 37909-1156
516019125      +SLS Mortgage,    8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
516019124       Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516019126      +Superior Court Of New Jersey Clerk,    25 Market Street,    Trenton, NJ 08611-2148
516243866      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 13 2018 23:15:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 13 2018 23:15:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516019114      +E-mail/Text: bankruptcy@pepcoholdings.com Feb 13 2018 23:15:17      Atlantic City Electric,
                 5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                 Penns Grove, NJ 08069-3600
516019116      +E-mail/Text: bankruptcy@credencerm.com Feb 13 2018 23:16:18      Credence Resource Management,
                 17000 Dallas Pkwy Ste 204,    c/o AT&T,    Dallas, TX 75248-1940
516019120       E-mail/Text: jkatsios@gsicollections.com Feb 13 2018 23:15:19      GSI Recovery LLC,
                 PO Box 1026,    c/o regional diagnostic imaging,    Bloomfield, NJ 07003-1026
516257580      +E-mail/Text: JCAP_BNC_Notices@jcap.com Feb 13 2018 23:15:51      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 6
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516284510        Arthritis & Rheumatology Associates
517298009*     +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0312-1               User: admin                    Page 2 of 2                  Date Rcvd: Feb 13, 2018
                                   Form ID: 185                   Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, Series 2006-26
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance, LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Seymour  Wasserstrum    on behalf of Debtor Margarita  Pagan mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                                                     TOTAL: 5
```