# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−13401−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margarita Pagan
   aka Margarita Pagan Medina
   108 South Franklin St.
   Landisville, NJ 08326

Social Security No.:
   xxx−xx−1129

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 19, 2018.

On 4/19/2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:              May 22, 2019
Time:              09:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: April 22, 2019
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-13401-ABA
Margarita Pagan                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2            Date Rcvd: Apr 22, 2019
                              Form ID: 185             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2019.
```
db             +Margarita Pagan,    108 South Franklin St.,    Landisville, NJ 08326-1340
cr             +Mariner Finance, LLC,    3600 East Landis Ave., Unit 19,    Vineland, NJ 08361-3090
516019109      +A 1 Collection Service,    80 West Upper Ferry Rd, Ste 1,    c/o gastroenterology group of sj,
                West Trenton, NJ 08628-2736
516019110       Apex Asset Management,    1286 Carmichael Way,    c/o advanced anethesia,
                Montgomery, AL 36106-3645
516019111       Apex Asset Management,    1286 Carmichael Way,    c/o frankel orthosports med,
                Montgomery, AL 36106-3645
516019112       Apex Asset Mangement,    1286 Carmichael Way,    c/o center for diagnostic imaging,
                Montgomery, AL 36106-3645
516019113      +Arthritis And Rheumatology Associates,    2848 South Delsea Dr, Ste 2C,
                Vineland, NJ 08360-7042
516229661       BERLIN EMERGENCY DEPARTMENT,    Revenue Recovery Corporation,    PO Box 50250,
                Knoxville, TN 37950-0250
516019115       Borough Of Buena,    P.O. Box 696,    Municiple Utilities Authority,    Minotola, NJ 08341-0696
516019118      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
516019119      +First Premier,    3820 N. Lousie Ave,    Sioux Falls, SD 57107-0145
516019121       Iqbal & Khan Surgical Assoc PA,    10 Magnolia Ave,    Bridgeton, NJ 08302-1760
516068028      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
516019122       Mariner Finance-Vineland,    3650 E Landis Ave,    Vineland, NJ 08361
516285895      +Michael R. Mazzoni PA,    1170 East Landis Avenue,    Vineland NJ 08360-4216
516019123       Revenue Recovery Corp,    7005 Middlebrook Pike,    c/o berlin emergency dept.,
                Knoxville, TN 37909-1156
516019125      +SLS Mortgage,    8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
516019124       Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
516019126      +Superior Court Of New Jersey Clerk,    25 Market Street,    Trenton, NJ 08611-2148
516243866      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518173863      +US Bank Cut-PC4 Firstrustbank,    Gary C. Zeltz. LLC,    1101 Laurel Oak Road Suite 170,
                Voorhees NJ 08043-4381
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 23 2019 00:39:46     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 23 2019 00:39:42     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516019114      +E-mail/Text: bankruptcy@pepcoholdings.com Apr 23 2019 00:39:18     Atlantic City Electric,
                5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                Penns Grove, NJ 08069-3600
516019116      +E-mail/Text: bankruptcy@credencerm.com Apr 23 2019 00:40:18     Credence Resource Management,
                17000 Dallas Pkwy Ste 204,    c/o AT&T,    Dallas, TX 75248-1940
516019117      +E-mail/Text: bknotice@ercbpo.com Apr 23 2019 00:39:51     Enhanced Recovery Corp,
                PO Box 57547,    c/o sprint,    Jacksonville, FL 32241-7547
516019120       E-mail/Text: jkatsios@gsicollections.com Apr 23 2019 00:39:20     GSI Recovery LLC,
                PO Box 1026,    c/o regional diagnostic imaging,    Bloomfield, NJ 07003-1026
516257580      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 23 2019 00:39:59     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                             TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516284510        Arthritis & Rheumatology Associates
518172579        US Bank Cust-PC4 Firstrustbank
517298009*      +The Bank of New York Mellon Trustee (See 410),   c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386
                                                                                    TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2019                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-1           User: admin                 Page 2 of 2                  Date Rcvd: Apr 22, 2019
                               Form ID: 185                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2019 at the address(es) listed below:

```
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, Series 2006-26
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Mariner Finance, LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Linda S. Fossi    on behalf of Creditor    USBank Cust-PC4 Firstrustbank lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Seymour   Wasserstrum    on behalf of Debtor Margarita   Pagan mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                                                 TOTAL: 6
```