Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16−13401−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Margarita Pagan
   aka Margarita Pagan Medina
   108 South Franklin St.
   Landisville, NJ 08326

Social Security No.:
   xxx−xx−1129

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/23/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2019
JAN: bc

                              Jeanne Naughton
                              Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                             Case No. 16-13401-ABA
Margarita Pagan                                                    Chapter 13
          Debtor                CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: May 23, 2019
                               Form ID: 148                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
db             +Margarita Pagan,    108 South Franklin St.,    Landisville, NJ 08326-1340
cr             +Mariner Finance, LLC,    3600 East Landis Ave., Unit 19,    Vineland, NJ 08361-3090
516019109      +A 1 Collection Service,    80 West Upper Ferry Rd, Ste 1,    c/o gastroenterology group of sj,
                West Trenton, NJ 08628-2736
516019110       Apex Asset Management,    1286 Carmichael Way,    c/o advanced anethesia,
                Montgomery, AL 36106-3645
516019111       Apex Asset Management,    1286 Carmichael Way,    c/o frankel orthosports med,
                Montgomery, AL 36106-3645
516019112       Apex Asset Mangement,    1286 Carmichael Way,    c/o center for diagnostic imaging,
                Montgomery, AL 36106-3645
516019113      +Arthritis And Rheumatology Associates,    2848 South Delsea Dr, Ste 2C,
                Vineland, NJ 08360-7042
516229661       BERLIN EMERGENCY DEPARTMENT,    Revenue Recovery Corporation,    PO Box 50250,
                Knoxville, TN 37950-0250
516019115       Borough Of Buena,    P.O. Box 696,    Municiple Utilities Authority,    Minotola, NJ 08341-0696
516019118      +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
518226225      +HELMER, CONLEY & KASSELMAN, P.A.,    c/o Saldutti Law Group,    800 N Kings Highway Suite 300,
                Cherry Hill NJ 08034-1511
516019121       Iqbal & Khan Surgical Assoc PA,    10 Magnolia Ave,    Bridgeton, NJ 08302-1760
516068028      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
516019122       Mariner Finance-Vineland,    3650 E Landis Ave,    Vineland, NJ 08361
516285895      +Michael R. Mazzoni PA,    1170 East Landis Avenue,    Vineland NJ 08360-4216
516019123       Revenue Recovery Corp,    7005 Middlebrook Pike,    c/o berlin emergency dept.,
                Knoxville, TN 37909-1156
516019125      +SLS Mortgage,    8742 Lucent Blvd. Suite 300,    Littleton, CO 80129-2386
516019126      +Superior Court Of New Jersey Clerk,    25 Market Street,    Trenton, NJ 08611-2148
516243866      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518173863      +US Bank Cut-PC4 Firstrustbank,    Gary C. Zeltz. LLC,    1101 Laurel Oak Road Suite 170,
                Voorhees NJ 08043-4381

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 23:43:48      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 23:43:45      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516019114      +E-mail/Text: bankruptcy@pepcoholdings.com May 23 2019 23:43:15      Atlantic City Electric,
                5 Collins Drive Suite 2133,    Pepco Holdings Inc, Bankruptcy Division,
                Penns Grove, NJ 08069-3600
516019116      +E-mail/Text: bankruptcy@credencerm.com May 23 2019 23:44:18      Credence Resource Management,
                17000 Dallas Pkwy Ste 204,    c/o AT&T,    Dallas, TX 75248-1940
516019117      +E-mail/Text: bknotice@ercbpo.com May 23 2019 23:43:52      Enhanced Recovery Corp,
                PO Box 57547,    c/o sprint,    Jacksonville, FL 32241-7547
516019119      +EDI: AMINFOFP.COM May 24 2019 03:08:00      First Premier,    3820 N. Lousie Ave,
                Sioux Falls, SD 57107-0145
516019120       E-mail/Text: jkatsios@gsicollections.com May 23 2019 23:43:19      GSI Recovery LLC,
                PO Box 1026,    c/o regional diagnostic imaging,    Bloomfield, NJ 07003-1026
516257580      +EDI: JEFFERSONCAP.COM May 24 2019 03:08:00      Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
516019124       EDI: SEARS.COM May 24 2019 03:03:00      Sears/CBNA,    PO Box 6282,    Sioux Falls, SD 57117-6282
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516284510        Arthritis & Rheumatology Associates
518172579        US Bank Cust-PC4 Firstrustbank
517298009*      +The Bank of New York Mellon Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                               TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1          User: admin                  Page 2 of 2                  Date Rcvd: May 23, 2019
                              Form ID: 148                 Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
               as Trustee for the certificateholders of CWABS, Inc., ASSET-BACKED CERTIFICATES, Series 2006-26
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor   Mariner Finance, LLC ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Linda S. Fossi    on behalf of Creditor   USBank Cust-PC4 Firstrustbank lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Seymour  Wasserstrum    on behalf of Debtor Margarita  Pagan mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                                               TOTAL: 6
```